<br>

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRACO, LLC, | No. 2:21-cv-02166-JAK (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6: CASE TERMINATED** |
| KHALIL-MAMOON.COM, et al., | |
| Defendants. | |

1

Based upon a full consideration of the record including the Complaint, the pleadings, memoranda, declarations and moving papers in support of Plaintiff Kiraco, LLC's ("Plaintiff") Motions for Default Judgment against Defendants Khalil-Mamoon.com and Arbin Raj ("Defendants"), the documents presented therein and throughout this action:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

Judgment is hereby granted for Plaintiff Kiraco LLC and against Defendants Khalil-Mamoon.com and Arbin Raj as follows:

1. Khalil-Mamoon.com and Arbin Raj are jointly and severally liable for $50,000 in statutory damages;

2. Khalil-Mamoon.com is liable for $5,000 in attorneys' fees;

3. Raj is liable for $4,000 in attorneys' fees; and

4. Khalil-Mamoon.com and Raj are ordered, along with their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them, to refrain from the import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing, advertising, or promotion of the unauthorized and counterfeit APPLEONTOP product identified in the Complaint and any other unauthorized product or colorable imitation thereof.

**IT IS SO ORDERED.**

Dated: October 17, 2023

_____
John A. Kronstadt
United States District Judge